UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
EARL JOHN LEE, JR

Case No.: 6:24-bk-00640-GER
Chapter 13

_____ Debtor./

## DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY UNDER § 362(c)(3) AND REQUEST FOR EMERGENCY HEARING

COMES NOW, the Debtor, Earl John Lee Jr, by and through her undersigned attorney, and hereby moves this Court to grant an extension of the automatic stay under § 362(c)(3) and request for an emergency hearing on or before 03/09/2024 and as grounds, state the following:

1. The Debtors filed a petition for relief on 02/09/2024, under Chapter 13 of the Bankruptcy Code.

2. The debtor's previous cases which were filed via Pro-Se (Case No. 6:23-bk-05501) filed in Middle District of Florida (Orlando) was dismissed on 02/02/2024. Previous Case (Case No. 6:23-04851) was dismissed on 12/23/2023. Debtors case was dismissed for failure to file necessary schedules. Debtor has hired undersigned counsel to complete filing all schedules.

**WHEREFORE**, the Debtor requests the Court to grant an extension of the automatic stay throughout the course of the Chapter 13 case and request an emergency hearing on or before 03/09/2024 regarding the instant motion.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail ( to all parties on attached service list) , postage prepaid and electronic transmission ( the parties below) on the 19th day of February 2024 to Office of the United States Trustee, (USTP.Region21.TP.ECF@usdoj.gov); Laurie K Weatherford (and all interested parties and creditors listed on the attached matrix.

/s/ Jonathan D Eichelberger
Jonathan D Eichelberger, Esq.
Florida Bar No. 71748
Myers, Eichelberger & Russo, P.L.
5750 Major Blvd., Suite 250
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: jon@theMElawfirm.com