| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-00640-GER<br>Middle District of Florida<br>Orlando<br>Mon Feb 19 19:22:03 EST 2024 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | (p)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 |
| David Jordan Tax Collector<br>Po Box 327<br>Tavares, FL 32778-0327 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | John and Laurel Connell<br>1122 Lakeshore Blvd<br>Tavares, FL 32778-2320 | Kubota Credit Corp, USA<br>Attn: Bankruptcy<br>Po Box 2048<br>Grapevine, TX 76099 |
| Lake County Sales Tax<br>Department of Revenue<br>900 N 14th St<br>Suite 20<br>Leesburg, FL 34748-3829 | Lake County Tax Collector<br>Post Office Box 327<br>Tavares FL 32778-0327 | Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| RTO National LLC<br>PO Box 9759<br>Greenville, SC 29604-9310 | Westlake Financial Services<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 | Earl John Lee Jr.<br>316 N Lake Avenue<br>Leesburg, FL 34748-7057 |
| Jonathan D Eichelberger<br>Myers & Eichelberger, P.L.<br>5750 Major Blvd<br>Suite 250<br>Orlando, FL 32819-7964 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Carrington Mortgage Services
Attn: Bankruptcy
1600 South Douglass Road, Stes 110 & 200
Anaheim, CA 92806


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Carrington Mortgage Services, LLC | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                  17 |