[Doexstsh] [ORDER EXTENDING STAY AND SCHEDULING HEARING]

ORDERED.

Dated: February 23, 2024

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 6:24–bk–00640–GER
        Chapter 13

Earl John Lee Jr.

_____Debtor*_____/

**ORDER EXTENDING STAY AND SCHEDULING PRELIMINARY HEARING**

THIS CASE came on for consideration without a hearing on the Motion to Extend Automatic Stay, Document No. 10 filed by the Debtor. The Court is not able to schedule a hearing in compliance with 11 U.S.C. 362(c)(3)(B) within thirty days and finds that in as much as it is necessary, the automatic stay will be extended until such time as a hearing can be scheduled. Accordingly, it is

**ORDERED** as follows:

1. The automatic stay is continued in full force and effect pending further order of this Court.

2. The preliminary hearing is set for April 17, 2024 at 10:15 AM in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 .

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures available at https://www.flmb.uscourts.gov/judges/robson/. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407–237–8141 no later than 3:00 p.m. one business day before the date of the hearing.

<u>Avoid delays.</u> A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

Jonathan Eichelberger is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.