| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-00640-GER<br>Middle District of Florida<br>Orlando<br>Mon Feb 26 12:13:58 EST 2024 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 | David Jordan Tax Collector<br>Po Box 327<br>Tavares, FL 32778-0327 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | John and Laurel Connell<br>1122 Lakeshore Blvd<br>Tavares, FL 32778-2320 |
| Kubota Credit Corp, USA<br>Attn: Bankruptcy<br>Po Box 2048<br>Grapevine, TX 76099 | Lake County Sales Tax<br>Department of Revenue<br>900 N 14th St<br>Suite 20<br>Leesburg, FL 34748-3829 | Lake County Tax Collector<br>Post Office Box 327<br>Tavares FL 32778-0327 |
| Mariner Finance, LLC<br>Attn: Bankruptcy<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | RTO National LLC<br>PO Box 9759<br>Greenville, SC 29604-9310 | Westlake Financial Services<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 |
| Earl John Lee Jr.<br>316 N Lake Avenue<br>Leesburg, FL 34748-7057 | Jonathan D Eichelberger<br>Myers & Eichelberger, P.L.<br>5750 Major Blvd<br>Suite 250<br>Orlando, FL 32819-7964 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Carrington Mortgage Services
Attn: Bankruptcy
1600 South Douglass Road, Stes 110 & 200
Anaheim, CA 92806

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carrington Mortgage Services, LLC

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18