# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                                  Case No:    6:24-bk-00640-GER

**EARL JOHN LEE, JR**

                                             Debtor  /          Chapter 13

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. §1308 AND §521

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss Case for Failure to Comply With 11 U.S.C. §1308 AND §521 (Document No. 25 ).

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss Case for Failure to Comply With 11 U.S.C. §1308 AND §521 has been furnished by the United States mail or by electronic transmission to the parties listed below on the 27th day of March, 2024.

**Debtor** - Earl John Lee, Jr, 316 N Lake Avenue, Leesburg, FL  34748

**Debtor's Attorney -**  Jonathan D Eichelberger, Myers & Eichelberger, 5750 Major Blvd, Ste 250, Orlando, FL  32819

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com