# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                                                  Case No: 6:24-bk-00640-GER

    EARL JOHN LEE, JR.,                                            Chapter 13

    Debtor.

_____/

**<u>SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN</u>**

    Secured Creditors, Jay and Laurell Connell (the "Connells"), by and through their undersigned counsel, pursuant to 11 U.S.C. § 1325, objects to confirmation of the proposed Chapter 13 Plan (Doc. No. 13) and states:

    1.    The Connells hold two promissory notes each secured by property of the estate.

    2.    The Connells filed two proofs of claim, the first showing a total claim of $183,636.12 (Claim No. 10) and the second showing a total claim of $278,170.54 (Claim No. 11).

    3.    A plan can only be confirmed if it meets the requirements of 11 U.S.C. § 1325(a)(5). That section requires that plans containing secured claims such as the Connells' claims meet one of the following conditions: (1) the secured creditor accepts the Plan, (2) the secured creditor retains its lien in the collateral and receives payments under the plan totaling the amount of its allowed claim, or (3) the debtor surrenders the collateral securing the creditor's claim.

    4.    The Connells do not accept the proposed plan.

    5.    The proposed plan does not provide for the Connells to receive payments with a value equal to the allowed amount of its claim. The proposed plan significantly understates the amount of the Connells' claims, the amount of the arrears on each claim, and the regular monthly payment on one of the Connells' claims. The proposed plan does not contain any adequate protection to the Connells which is necessary due to the Debtor's failure to pay property taxes on

both properties, maintain insurance on the properties. Furthermore, each of the properties are subject to code enforcement proceedings in Lake County, Florida and City of Leesburg, Florida.

6. The plan does not propose to surrender the collateral securing the Connells' claims.

7. Additionally, a plan can only be confirmed if it meets the requirements of 11 U.S.C. § 1325(a)(6). That subsection requires "the debtor will be able to make all payments under the plan and to comply with the plan". The first payment under the proposed plan was due on March 8, 2024. The Debtor failed to make his first payment causing the Trustee to file a Motion to Dismiss. (Doc. No. 24). To date, upon information and believe, the Debtor has not made the delinquent payment. The proposed plan payments will increase by $2,015 in August 2024, representing a 55% increase over the amount of the initial payment of $3,645. The payments starting in August 2024 will be $5,660.00 an amount in excess of his disclosed monthly net income of $5,310.64. There is no reasonable basis for a finding that "the debtor will be able to make all payments under the plan" as required by § 1325(a)(6).

8. The only way the Debtor can propose a feasible plan is if he surrenders one or both of the properties securing the Connells' claims.

**WHEREFORE**, the secured creditors, Jay and Laurel Connell, request that the Court deny confirmation of the proposed Chapter 13 Plan and grant other relief deemed just and proper.

Respectfully submitted this 5th day of April 2024 by,

_____
Cynthia F. O'Donnell
Cynthia@StoneandGerken.com
Florida Bar No. 0127179
*Attorney for Jay and Laurel Connell*
STONE & GERKEN, P.A.
4850 North Highway 19A
Mount Dora, FL  32757
(352) 357-0330 / telephone

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Secured Creditors' Objection to Confirmation of Chapter 13 Plan was served on April 5, 2024 by CM/ECF electronic filing to all registered users in this action and by U.S. Mail to the non-registered users listed below.

/s/ Cynthia F. O'Donnell
_____
Cynthia F. O'Donnell
Cynthia@StoneandGerken.com
Florida Bar No. 0127179
*Attorney for Jay and Laurel Connell*
STONE & GERKEN, P.A.
4850 North Highway 19A
Mount Dora, FL  32757

**MAILING MATRIX**

EARL JOHN LEE, JR
316 N LAKE AVENUE
LEESBURG, FL 34748